THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING 
 EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Ann Thorpe,       
Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2004-UP-253
Submitted February 20, 2004  Filed 
 April 15, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Thomas E. Pope, of York; for Respondent.
 
 
 

PER CURIAM:  Ann Thorpe pled guilty 
 to resisting arrest and the circuit court imposed a fine of $500.00.  Additionally, 
 the circuit court sentenced her to one-year imprisonment, provided that on payment 
 of $250.00, the balance of her sentence would be suspended, with probation for 
 two years, the supervision taking place in Virginia.  Pursuant to Anders 
 v. California, 386 U.S. 738 (1967), Thorpes counsel attached a petition 
 to be relieved.  Thorpe did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Thorpes appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.